IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GEO GROUT INC., et al.,<br><br>    Defendant.<br>_____/ | No. C 12-04387 WHA<br><br><br>**JUDGMENT** |

    Plaintiffs' request for entry of judgment is **GRANTED**. For the reasons stated in the order granting plaintiffs' motion for default judgment (Dkt. No. 45), **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs F.G. Crosthwaite, et al., and against defendants Geo Grout Inc., et al., in the amount of $45,465.69. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: January 24, 2013.

                                                WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE