IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al., | No. C 12-04387 WHA |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| GEO GROUT INC., et al., | |
| Defendant. | |

    Plaintiffs' request for entry of judgment is **GRANTED**. For the reasons stated in the order granting plaintiffs' motion for default judgment (Dkt. No. 45), **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs F.G. Crosthwaite, et al., and against defendants Geo Grout Inc., et al., in the amount of $45,465.69. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE